**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

**NATURELLE ALEMAN,** *individually and on behalf of all others similarly situated,*

*Plaintiff,*

v.

**VOICE SEARCH LOCAL, LLC**

*Defendant.*

Case No. 7:26-cv-00027

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement as to the individual claims of Plaintiff, Naturelle Aleman against Defendant, Voice Search Local, LLC. The parties anticipate filing a stipulation of dismissal of this action with prejudice as to Plaintiff's individual claims pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: March 12, 2026

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, PC
30 E. Butler Ave.
Ambler, PA 19002
(267) 468-5374
jginsburg@creditlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esq., do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter upon all parties of record via email and the CM/ECF system.

Dated: March 12, 2026

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.